**Order entered October 11, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01537-CR

### MARK LYNN MILLIGAN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 363rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F11-27465-W

## ORDER

The Court **REINSTATES** the appeal.

On August 21, 2013, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by court-appointed counsel J. Daniel Oliphant; and (3) Mr. Oliphant's explanation for the delay in filing appellant's brief is his workload. We note that appellant's brief was originally due March 23, 2013 and Mr. Oliphant has already been granted two thirty-day extensions of time to file appellant's brief. Accordingly, we **DO NOT ADOPT** the finding that Mr. Oliphant requires an additional eighty days to file appellant's brief.

We **ORDER** appellant to file his brief by **NOVEMBER 14, 2013**.  If appellant's brief is not filed by that date, we will order J. Daniel Oliphant removed as appellate counsel and will order the trial court to appoint a new attorney to represent appellant in this appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Tracy Holmes, Presiding Judge, 363rd Judicial District Court; J. Daniel Oliphant; and the Dallas County District Attorney's Office.

/s/     DAVID EVANS
        JUSTICE